IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL MINGO                                                                                    PLAINTIFF

v.                    Civil No. 2:17-CV-02057-PKH-MEF

OFFICER FLORENCE and NEVADA                                                       DEFENDANT
COUNTY, ARKANSAS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 9th day of May, 2017.

*/s/ P. K. Holmes, III*

HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE